# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN C. VALLUZZO AND JANETTE
H. VALLUZZO

NO.   2022 CW 1257

VERSUS

CUSIMANO CONSTRUCTION, INC.,
BILLIE A. BRIAN, INC.,
TRINITY BUSINESS GROUP, LLC,
ABC INSURANCE COMPANY, DEF
INSURANCE COMPANY, AND XYZ
INSURANCE COMPANY

**FEBRUARY 1, 2023**

---

In Re:   Stutzman Sawing, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 707022.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

   **WRIT GRANTED WITH ORDER.** We vacate the trial court's August 24, 2022 judgment, which denied the Motion for Summary Judgment filed by the third party defendant, Stutzman Sawing, LLC.   The trial court failed to "state on the record or in writing the reasons for granting or denying the motion" as required by La. Code Civ. P. art. 966(C)(4).   See **James as Co-Trustees of Addison Family Trust v. Strobel,** 2019-0787 (La. App. 1st Cir. 6/24/20), 2020 WL 3446635 (unpublished) (recognizing La. Code Civ. P. art. 966(C)(4) as "mandatory").   Thus, this matter is remanded to the trial court for compliance with La. Code Civ. P. art. 966(C)(4).

**JMG**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn̄*

DEPUTY CLERK OF COURT
FOR THE COURT